UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:26−cr−20028 |
| | Assigned To : Lawson, David M. |
| v. | Referral Judge: Grand, David R. |
| | Assign. Date : 1/16/2026 |
| | Description: INFO USA V. Nguyen (AB). |
| D-1 KHOA NAM NGUYEN, | |
| | |
| Defendant. | Violation: 18 U.S.C. § 113(a)(5) |
| _____/ | |

# INFORMATION

The United States Attorney charges:

## COUNT ONE
### 18 U.S.C. § 113(a)(5)
*Simple Assault*

On or about July 5, 2025, in the Eastern District of Michigan, Southern Division, and within the special maritime and territorial jurisdiction of the United States, the defendant, Khoa Nam Nguyen, knowingly assaulted Minor Victim 1, in violation of Title 18, United States Code, Section 113(a)(5).

JEROME F. GORGON, JR
United States Attorney

_____
CRAIG F. WININGER
Chief, Violent and Major Crimes

_____
ZACHARY A. ZUREK
Assistant United States Attorney

Date: January 16, 2026

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 2:26−cr−20028 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. Khoa Nam Nguyen

**County where offense occurred:** Wayne

**Check One:**   ☐ Felony   ☒ Misdemeanor   ☐ Petty

 ___Indictment/___Information ---  **no** prior complaint.
 ___Indictment/ ✓ Information ---  based upon prior complaint [**Case number:** 25-MJ-30429  ]
 ___Indictment/___Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 16, 2026
Date

_(signature)_
ZACHARY A. ZUREK
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-0285
E-Mail address: Zachary.Zurek2@usdoj.gov
Attorney Bar #:  P80116

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.